Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **William Lay DDS, PLLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | __8__ __6__ – __1__ __4__ __2__ __3__ __2__ __9__ __0__ |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1810 S. Bowen Road** | |
| Number      Street | Number      Street |
| **Arlington, TX 76013** | |
| City                      State      ZIP Code | City                      State      ZIP Code |
| **Tarrant** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number      Street |
| | City                      State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **William Lay DDS, PLLC** _____    Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>6</u>  <u>2</u>  <u>1</u>  <u>2</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY

        District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                  MM / DD / YYYY

        Case number, if known _____

Debtor   **William Lay DDS, PLLC** _____   Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br> Number      Street<br><br>_____<br><br>_____<br> City      State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    __William Lay DDS, PLLC_____    Case number *(if known)* _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __01/20/2025__
            MM/ DD/ YYYY

X __/s/ William Lay_____          _____William Lay_____
Signature of authorized representative of debtor          Printed name

Title   _____**Managing Member**_____

**18. Signature of attorney**

X   _____**/s/ Robert T DeMarco**_____   Date __01/20/2025__
Signature of attorney for debtor                MM/ DD/ YYYY

**Robert T DeMarco**_____
Printed name

**DeMarco Mitchell, PLLC**_____
Firm name

**12770 Coit Road, Suite 850**_____
Number      Street

**Dallas**_____   **TX**____   **75251**_____
City                         State      ZIP Code

**(972) 991-5591**_____   **robert@demarcomitchell.com**____
Contact phone                    Email address

**24014543**_____   **TX**_____
Bar number                      State

**Fill in this information to identify the case:**

Debtor Name   **William Lay DDS, PLLC**

United States Bankruptcy Court for the:   **Northern**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $2,000.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Happy State Bank | Checking account | | $0.00 |
| 3.2. | Susser Bank | Checking account | 7 1 4 5 | $47,389.09 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | Clover - POS System | $7,100.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $56,489.09 |
   |---|

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Pantego Utilities | $150.00 |

Debtor    **William Lay DDS, PLLC**                                                                Case number *(if known)*
          Name

---

| | | |
|---|---|---|
| 7.2 | **Retainer - Corptek (IT services)** | **$1,000.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**    | **$1,150.00** |

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:    **unknown**    -    **unknown**    =.....➡    $32,612.09
                                 face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    -    _____    =.....➡    _____
                              face amount         doubtful or uncollectible accounts

12. **Total of Part 3**    | **$32,612.09** |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

---

Debtor   **William Lay DDS, PLLC**

Name

Case number *(if known)*

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor      **William Lay DDS, PLLC**                                    Case number *(if known)*
           _____                              _____
           Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                         _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **William Lay DDS, PLLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Reception - See Attachment A/B | unknown | | $425.00 |
| Front Office - See Attachment A/B | unknown | | $1,065.00 |
| Back Office - See Attachment A/B | unknown | | $385.00 |
| Doctor's Office - See Attachment A/B | unknown | | $1,470.00 |
| Common Area - See Attachment A/B | unknown | | $240.00 |
| X-Ray Room | unknown | | $5,305.00 |
| Hygiene 1 - See Attachment A/B | unknown | | $6,760.00 |
| Hygiene 2 - See Attachment A/B | unknown | | $4,590.00 |
| Doctor Operatory 1 - See Attachment A/B | unknown | | $8,805.00 |
| Doctor Operatory 2 - See Attachment A/B | unknown | | $8,625.00 |
| Sterilization Area - See Attachment A/B | unknown | | $11,420.00 |
| Equipment Rooms - See Attachment A/B | unknown | | $4,200.00 |
| Lab Rooms | unknown | | $5,580.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $58,870.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **William Lay DDS, PLLC**
_____    Case number *(if known)* _____
             Name

| Part 8: | Machinery, equipment, and vehicles |

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2020 Ford F250** / **VIN: 1FT7W2BT7LED83748** | unknown | | $35,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.    Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

**51.    Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| | $35,000.00 |
|---|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |

**54.    Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  **William Lay DDS, PLLC**

Name

Case number *(if known)*

|  |  |  |  |  |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.pantegodental.com | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor    **William Lay DDS, PLLC**                                    Case number *(if known)* _____
          <small>Name</small>

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ =➡  _____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax year _____  _____
    _____  Tax year _____  _____
    _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

    _____                        _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Dr Charles Park DDS**                                      $5,800.00

    **Nature of claim**      _____

    **Amount requested**        **unknown**

    **Tooth Labs**                                              $3,000.00

    **Nature of claim**      _____

    **Amount requested**        **unknown**

Debtor   **William Lay DDS, PLLC**

Name

Case number *(if known)*

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

    **$8,800.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **William Lay DDS, PLLC**

Name

Case number *(if known)*

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $56,489.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,150.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,612.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $58,870.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................... ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,800.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ...........................91a. | $192,921.18 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................................... | | $192,921.18 |

# SCHEDULE A/B ATTACHMENT

**Reception**
Rug $5
6 chairs $20 each
Coffee table $10
3 Framed paintings $30 each
TV $200

**Front Office**
2 desk chairs $20 each
2 Computer workstations $100 each
Server $300
Network switch $50
4 Computer monitors $50 each
3 Phones - free from service provider with contract
Ikea drawer unit $40
Lexmark printer $100
Brother printer/scanner $75
2 Trash can $5
Built in desk with drawers $50
Desk - free standing $50
Stand alone scanner $100

**Back Office**
Desk Chair $20
Computer workstation $100
Monitor $50
Water dispenser $50
1 phone - free
Built in desk $50
Microwave $20
2 Five drawer filing cabinets $40 each
Document shredder $15

# SCHEDULE A/B ATTACHMENT

**Doctor's office**
Computer workstation $100
Computer monitor $100
TV $200
Desk $150
Desk Chair $50
2 trash cans $5 each
Whiteboard $5
Pin board $5
Built in shelves $50
Human skull $800

**Hallway and restroom**
Mirror $80
Antique cabinet $20
4 framed wall art $30 each
1 framed mirror $20

**Closets and x ray room**
AED $80
Vacuum $25
Victor oxygen gauges $50
Uniweld gauges $50
Panoramic x-ray machine $1000
Pan/ceph x-ray machine (with dedicated computer) $4000
Free standing x-ray shield $100

**Hygiene room 1**
Dental chair $1500
Dental delivery unit with pole light $500
Wall mounted x ray unit $400
Operator Chair $100
Computer Workstation $100
Monitor $30
Cavitron $1000
Diode Laser $1500
Handpieces $500 total
Instruments $500
Air filter $30
TV $100
Disposable supplies $500

# SCHEDULE A/B ATTACHMENT

**Hygiene Room 2**
Dental chair $1500
Delivery system $100
Ceiling mounted light $400
Sitting chair $10
TV $100
Computer Workstation $100
Monitor $30
Wall mounted x ray unit $250
Cavitron $1000
Handpieces $500 total
Instruments $500
Disposable supplies $100

**Doctor operatory 1**
Dental chair $4000
Delivery system $500
Electric Handpiece control $200
Ceiling mounted light $400
Doctor's chair $100
Cavitron $1000
Diode Laser $1500
Wall mounted x ray unit $400
TV $100
Computer Workstation $100
Monitor $30
Amalgamator(mixer) $50
Trash Can $5
Fan $20
Disposable supplies $400

**Doctor operatory 2**
Dental chair $4000
Delivery system $500
Electric Handpiece control $200
Ceiling mounted light $400
Doctor's chair $100
Wall mounted x ray unit $400
TV $100
Computer Workstation $100
Monitor $30
Amalgamator(mixer) $50

# SCHEDULE A/B ATTACHMENT

Air filter $30
Trash Can $5
Endodontic motor $800
Apex Locator $250
3 Ikea carts $40 each
2 Fans $20 each
Dental Scanner (rent to own) $1000
Disposable supplies $500

**Sterilization area**
Autoclave $5000
Ultrasonic Cleaner $200
Scan X $1000
Oral surgery instruments $2000
Restorative instruments $1000
Cold Sterile container $20
X ray sensor $2000
Disposable supplies $200

**Equipment rooms**
Compressor 1 $1000
Compressor 2 $500
Vacuum $2000
Amalgam separator and trap $200

**Lab room**
Computer Workstation $100
Monitor $30
Plaster vibrator $20
Model trimmer $100
Vacuum former $100
Lathe $100
Lathe dust pans $100
Sand blasting cabinet $100
2 Curing lights $50 total
Electric handpiece $100
Small refrigerator $30
Disposable supplies $500
Dental implant kits $2000
Dental implant supplies $2000
Disposable supplies $200

Fill in this information to identify the case:

Debtor name __William Lay DDS, PLLC__

United States Bankruptcy Court for the: ____**Northern**____ District of ____**Texas**____

(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

__Happy State Bank__

**Describe debtor's property that is subject to a lien**

| | | $708,918.51 | unknown |
| --- | --- | --- | --- |

**Creditor's mailing address**

__16633 N Dallas Pkwy, Ste 350__

__Addison, TX 75001__

**Describe the lien**

__UCC1__

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** __6/30/2021__

**Last 4 digits of account number** __1__ __7__ __7__ __3__

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Purchase of Dental Practice

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$742,880.92

Debtor    **William Lay DDS, PLLC**

Name                                                    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Happy State Bank**

**Creditor's mailing address**

**16633 N Dallas Pkwy, Ste 350**

**Addison, TX 75001**

**Creditor's email address, if known**

_____

Date debt was incurred     **7/27/2021**

Last 4 digits of account     **7  9  5  5**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Working Capital

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$33,962.41**     **unknown**

**Fill in this information to identify the case:**

Debtor name _____ **William Lay DDS, PLLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,000.00** | **$64,000.00** |

**2.1** Priority creditor's name and mailing address

__**Internal Revenue Service**__

__**Central Insolvency Operations**__

__**PO Box 7346**__

__**Philadelphia, PA 19101-7346**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __(8)__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **William Lay DDS, PLLC**

Name

Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

"Reliable Dental Lab, LLC "

10610 Metric Dr. Suite 191

Dallas, TX 75243

Date or dates debt was incurred    12/1/2024

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Dental Lab

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

**3.2** Nonpriority creditor's name and mailing address

CLEAR CHANNEL OUTDOOR LLC

P.O. BOX 847247

Dallas, TX 75284

Date or dates debt was incurred    3/3/2023

Last 4 digits of account number    0  3  9  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

**3.3** Nonpriority creditor's name and mailing address

Dentis

11095 Knott Ave, Ste ABC

Cypress, CA 90630

Date or dates debt was incurred    5/10/2023

Last 4 digits of account number    2  5  4  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$18,000.00

**3.4** Nonpriority creditor's name and mailing address

eBay Commerce Inc.

2065 Hamilton Ave.

Stockton, CA 95215

Date or dates debt was incurred    10/2024

Last 4 digits of account number    n  _  6  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$702.90

Debtor    **William Lay DDS, PLLC**                                    Case number *(if known)* _____
_____
Name

---

**Part 2:**   Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,025.67
| **ERC Specialists** | *Check all that apply.* |
| | ☐ Contingent |
| **560 E Timpanogos Circle** | ☐ Unliquidated |
| **Orem, UT 84097** | ☐ Disputed |
| | | **Fee related to** |
| Date or dates debt was incurred    **12/1/2023** | Basis for the claim: **obtaining ERC** |
| | Is the claim subject to offset? |
| Last 4 digits of account number    **2  3  6  8** | ☑ No |
| | ☐ Yes |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $357,544.53
| **Happy State Bank** | *Check all that apply.* |
| | ☐ Contingent |
| **16633 N Dallas Pkwy, Ste 350** | ☐ Unliquidated |
| **Addison, TX 75001** | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred    **7/4/2022** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number    **5  7  0  9** | ☐ Yes |

Remarks: Loan to Purchase Frisco Dental Practice (now closed)

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00
| **Khavari & Moghadassi** | *Check all that apply.* |
| | ☐ Contingent |
| **16818 DALLAS PARKWAY** | ☐ Unliquidated |
| **Dallas, TX 75248** | ☐ Disputed |
| | Basis for the claim: **Legal Services** |
| Date or dates debt was incurred    **2/2/2024** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number    **9  4  4  5** | ☐ Yes |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00
| **Markel** | *Check all that apply.* |
| | ☐ Contingent |
| **4521 Highwoods Parkway** | ☐ Unliquidated |
| **Glen Allen, VA 23060** | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred    **11/15/2023** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number    **2  7  1  6** | ☐ Yes |

---

Debtor    **William Lay DDS, PLLC**                                   Case number *(if known)* _____
_____
Name

| **Part 2:** | Additional Page |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,000.00
| **SHIELDS LEGAL** | *Check all that apply.* |
| | ☐ Contingent |
| **16400 Dallas Pkwy** | ☐ Unliquidated |
| **Dallas, TX 75248** | ☐ Disputed |
| | **Basis for the claim:** **Legal Fees** |
| Date or dates debt was incurred     **2023** | **Is the claim subject to offset?** |
| Last 4 digits of account number     **0  0  0  2** | ☑ No |
| | ☐ Yes |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $130,000.00
| **William Lay** | *Check all that apply.* |
| | ☐ Contingent |
| **1114 S Bowen Rd #13494** | ☐ Unliquidated |
| **Arlington, TX 76094** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred     _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number     __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,674.94
| **Zima International, Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| **P.O. Box 738550** | ☐ Unliquidated |
| **Dallas, TX 75373** | ☐ Disputed |
| | **Basis for the claim:** **Dental Lab** |
| Date or dates debt was incurred     **11/11/2024** | **Is the claim subject to offset?** |
| Last 4 digits of account number     **n  t  a  l** | ☑ No |
| | ☐ Yes |

Debtor    **William Lay DDS, PLLC**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| **4.1** **LAWRENCE J. FALLI** <br> **3821 JUNIPER TRACE, STE 108** <br> **Austin, TX 78738** | Line **3.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor      **William Lay DDS, PLLC**_____      Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$64,000.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$651,948.04** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$715,948.04** |

Fill in this information to identify the case:

Debtor name _____ **William Lay DDS, PLLC** _____

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |

**Fill in this information to identify the case:**

Debtor name __**William Lay DDS, PLLC**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206H__

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **William Lay** | **1114 S Bowen Rd #13494**<br>Street | **Happy State Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Arlington, TX 76094**<br>City          State          ZIP Code | **Happy State Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Happy State Bank** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   **William Lay DDS, PLLC**                                    Case number (if known) _____
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Official Form 206H                      Schedule H: Codebtors                      page __2__ of __2__

Fill in this information to identify the case:

Debtor name **William Lay DDS, PLLC**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................

   | $192,921.18 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................

   | $192,921.18 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $742,880.92 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   | $64,000.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $651,948.04 |

4. **Total liabilities**.............................................................................................................................
   Lines 2 + 3a + 3b

   | $1,458,828.96 |

**Fill in this information to identify the case:**

Debtor name _____ **William Lay DDS, PLLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __01/20/2025__
             MM/  DD/  YYYY

X  **/s/ William Lay** _____
Signature of individual signing on behalf of debtor

**William Lay** _____
Printed name

**Managing Member** _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **William Lay DDS, PLLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$43,795.89** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,089,497.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$996,381.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **William Lay DDS, PLLC**

Name                                        Case number *(if known)*

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Happy State Bank** <br> Creditor's name <br><br> **16633 N Dallas Pkwy, Ste 350** <br> Street <br><br><br> **Addison, TX 75001** <br> City      State    ZIP Code | | **$24,904.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Happy State Bank** <br> Creditor's name <br><br> **16633 N Dallas Pkwy, Ste 350** <br> Street <br><br><br> **Addison, TX 75001** <br> City      State    ZIP Code | | **$10,302.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br><br> _____ <br> City      State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br><br> _____ | | | |

Debtor William Lay DDS, PLLC
　　　Name

Case number *(if known)*

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. **Happy State Bank** | _____ | **01/15/2025** | **$1,200.00** |
| Creditor's name | | | |
| **16633 N Dallas Pkwy, Ste 350** | XXXX– _ _ _ _ | | |
| Street | | | |
| **Addison, TX 75001** | | | |
| City          State     ZIP Code | | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Clear Channel v William Lay DDS** | _____ | **Tarrant County, Texas, County Court at Law No. 3**<br>Name<br>**100 W Weatherford St, Rm 250**<br>Street<br>**Fort Worth, TX 76196**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number** | | | |
| **2024-002367-3** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    William Lay DDS, PLLC _____    Case number *(if known)* _____
     Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City          State   ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City        State   ZIP Code

---

**Part 4:**    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City         State   ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**    Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor  **William Lay DDS, PLLC**                                              Case number *(if known)*

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **12/23/2024** | **$16,738.00** |
| | **Address** | | | |
| | **12770 Coit Road, Suite 850 Suite 500** | | | |
| | Street | | | |
| | | | | |
| | **Plano, TX 75074** | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **robert@demarcomitchell.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | _____ |

**Address**

_____
Street

_____

_____
City            State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  _____                    From _____ To _____
Street

_____

_____
City            State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  **William Lay DDS, PLLC**          **Dental**                              _____
Facility name

**1810 S Bowen Rd**
Street

**Arlington, TX 76013**
City            State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

_____

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

---

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Patient Records**

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **USAA Federal Savings Bank**<br>Name<br>**10750 McDermott Freeway**<br>Street<br><br>**San Antonio, TX 78288**<br>City   State   ZIP Code | XXXX– **4  6  7  3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **12/3/24** | **$158.94** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    William Lay DDS, PLLC      Case number *(if known)*

Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❏ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **Public Storage** | | ~~Dental Supplies~~ | ☑ No |
| | Name | | | |
| | **2300 W Park Row Dr** | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | **Arlington, TX 76013** | | | |
| | City    State    ZIP Code | | | |

---

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

**Part 12: Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

---

Debtor William Lay DDS, PLLC

Name

Case number *(if known)*

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

Debtor    **William Lay DDS, PLLC**              Case number *(if known)* _____
        Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** **Robert Brackeen CPA** <br> Name <br> **2225 E Randol Mill Rd #515** <br> Street <br><br> **Arlington, TX 76011** <br> City    State    ZIP Code | From **2024**    To _____ |
| **26a.2.** **Lloyd Peters CPA** <br> Name <br> **10300 N Central Expwy** <br> Street <br><br> **Dallas, TX 75231** <br> City    State    ZIP Code | From **2023**    To **2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** **William Lay** <br> Name <br> **1114 S Bowen Rd #13494** <br> Street <br><br> **Arlington, TX 76094** <br> City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    William Lay DDS, PLLC                                     Case number *(if known)*
          Name

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City _____    State _____    ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City _____    State _____    ZIP Code _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Lay** | **1114 S Bowen Rd #13494 Arlington, TX 76094** | **Managing Member, Member** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor **William Lay DDS, PLLC**
Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **William Lay** | **$4,000 W2 Compensation** | | **Compensation** |
| Name | | | |
| **1114 S Bowen Rd #13494** | | | |
| Street | | | |
| **Arlington, TX 76094** | | | |
| City            State       ZIP Code | | | |
| Relationship to debtor | | | |
| **Managing Member** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **William Lay** | **$32,753 - Distributions** | | **Compensation** |
| Name | | | |
| **1114 S Bowen Rd #13494** | | | |
| Street | | | |
| **Arlington, TX 76094** | | | |
| City            State       ZIP Code | | | |
| Relationship to debtor | | | |
| **Managing Member** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ − _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ − _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **01/20/2025**
                MM/  DD/  YYYY

Debtor     William Lay DDS, PLLC                                                          Case number *(if known)*
           Name

X   **/s/ William Lay**                                    Printed name          **William Lay**
    Signature of individual signing on behalf of the debtor


    Position or relationship to debtor      **Managing Member**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____ **William Lay DDS, PLLC** _____

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Happy State Bank 16633 N Dallas Pkwy, Ste 350 Addison, TX 75001 | | | | | | $357,544.53 |
| 2 | Zima International, Inc. P.O. Box 738550 Dallas, TX 75373 | | Dental Lab | | | | $56,674.94 |
| 3 | Markel 4521 Highwoods Parkway Glen Allen, VA 23060 | | | | | | $25,000.00 |
| 4 | SHIELDS LEGAL 16400 Dallas Pkwy Dallas, TX 75248 | | Legal Fees | | | | $21,000.00 |
| 5 | Dentis 11095 Knott Ave, Ste ABC Cypress, CA 90630 | | Vendor | | | | $18,000.00 |
| 6 | Khavari & Moghadassi 16818 DALLAS PARKWAY Dallas, TX 75248 | | Legal Services | | | | $15,000.00 |
| 7 | ERC Specialists 560 E Timpanogos Circle Orem, UT 84097 | | Fee related to obtaining ERC | | | | $12,025.67 |
| 8 | CLEAR CHANNEL OUTDOOR LLC P.O. BOX 847247 Dallas, TX 75284 | | | | | | $12,000.00 |

Debtor    **William Lay DDS, PLLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  "Reliable Dental Lab, LLC "<br>10610 Metric Dr. Suite 191<br>Dallas, TX 75243 | | Dental Lab | | | | $4,000.00 |
| 10  eBay Commerce Inc.<br>2065 Hamilton Ave.<br>Stockton, CA 95215 | | Vendor | Disputed | | | $702.90 |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                          CHAPTER  **11**
**William Lay DDS, PLLC**

DEBTOR(S)                                                       CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **William Lay** 1810 S. Bowen ROad Pantego, TX 76013 | Interest | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **01/20/2025** _____          Signature: **/s/ William Lay** _____

_William Lay, Managing Member_

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **William Lay DDS, PLLC**                                                CASE NO

                                                                                                                CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date __**01/20/2025**__      Signature _____**/s/ William Lay**_____
                                                                            William Lay, Managing Member

"Reliable Dental Lab, LLC "
10610 Metric Dr. Suite 191
Dallas, TX 75243


Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

CLEAR CHANNEL OUTDOOR
LLC
P.O. BOX 847247
Dallas, TX 75284


Dallas County Tax-Assessor
Collector
500 Elm St Ste 3300
Dallas, TX 75202-3304


Dentis
11095 Knott Ave, Ste ABC
Cypress, CA 90630


eBay Commerce Inc.
2065 Hamilton Ave.
Stockton, CA 95215


ERC Specialists
560 E Timpanogos Circle
Orem, UT 84097


Happy State Bank
16633 N Dallas Pkwy, Ste 350
Addison, TX 75001

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Khavari & Moghadassi
16818 DALLAS PARKWAY
Dallas, TX 75248


LAWRENCE J. FALLI
3821 JUNIPER TRACE, STE 108
Austin, TX 78738


Markel
4521 Highwoods Parkway
Glen Allen, VA 23060


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002


SHIELDS LEGAL
16400 Dallas Pkwy
Dallas, TX 75248

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127


Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102


U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819


U.S. Small Business
Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705


United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

William Lay
1114 S Bowen Rd #13494
Arlington, TX 76094


Zima International, Inc.
P.O. Box 738550
Dallas, TX 75373